UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DONALD F. HARKER, III, as Chapter 7 Trustee in Bankruptcy Case No. 3:16-bk-32161 (*In re Ralph Louis and Lisa A. Citro*), | : : : : | Case No. 3:19-cv-139 |
| Plaintiff, | : : | Judge Thomas M. Rose |
| v. | : : | |
| INTERNAL REVENUE SERVICE, *et al.*, | : : | |
| Defendants. | : | |

### ENTRY AND ORDER GRANTING MOTION TO WITHDRAW THE REFERENCE OF ADVERSARY PROCEEDING (DOC. 2)

This case is before the Court on the "Motion to Withdraw the Reference of Adversary Proceeding" (Doc. 2) (the "Motion") filed by the United States of America (named and sued as the Internal Revenue Service) (the "United States"). In the Motion, the United States asks this Court to withdraw the reference to the Bankruptcy Court of the fraudulent transfer claim asserted in Adversary Proceeding No. 3:18-ap-03008 in the United States Bankruptcy Court for the Southern District of Ohio, in the bankruptcy matter *In re Ralph Louis and Lisa A. Citro*, Case No. 3:16-bk-32161. (Doc. 2 at PAGEID # 15.) The Court entered a Notation Order on June 4, 2019, ordering that any responses in opposition to the Motion be filed on or before June 18, 2019. No responses were filed. The matter is ripe for the Court's review.

For cause shown in the Motion, this Court **GRANTS** the United States' unopposed "Motion to Withdraw the Reference of Adversary Proceeding" (Doc. 2) and withdraws the adversary proceeding (Ad. Proc. No. 3:18-ap-03008) from the bankruptcy court, pursuant to 28 U.S.C. § 157(d). (*See* Doc. 2.) All filings and docket entries shall only be made in this civil

case, not in Ad. Proc. No. 3:18-ap-03008.

Additionally, this Court **SCHEDULES** a status conference to take place by telephone on Monday, October 21 at 10:30 a.m. Counsel will be provided call-in instructions in a separate notice provided by the Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, October 7, 2019.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE