IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| Donald F. Harker, III, as Chapter 7 Trustee in Bankruptcy Case No. 3:16-bk-32161 (In re Ralph Louis and Lisa A. Citro) | : : : : | CASE NO. 3:19-cv-139 DISTRICT JUDGE THOMAS M. ROSE |
| Plaintiff, | : : | |
| vs. | : : | |
| Internal Revenue Service, et al. | : : | |
| Defendant(s). | : | |

## AGREED ORDER DISMISSING ADVERSARY COMPLAINT FILED IN THE UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION, ADV. PROCEEDING 18-3008 FILED ON FEBRUARY 08, 2018 AND TRANSFERRED TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION ON MAY 9, 2019

**THIS MATTER** is before the Court upon the Plaintiff/Trustee's *Complaint of Trustee to Avoid and Recover Fraudulent Transfers Pursuant to 11 U.S.C. §§548 and 550, the Debtors' Election to Forego Net Operating Loss Carrybacks in Accordance with 26 U.S.C. §172(b) and Ohio Law; and for Costs, Reasonable Attorney Fees and Other Relief* filed in the United States Bankruptcy Court, Southern District Ohio, Western Division (Dayton) in Adversary Proceeding 18-3008 and transferred to the United States District Court, Sothern District of Ohio, Western Division (Dayton) on May 9, 2019.  In light of the economic realities and a review of the case, the Plaintiff/Trustee voluntarily agrees to dismiss this action in its entirety.  As such, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this Adversary Proceeding is dismissed.

**IT IS SO ORDERED.**

May 13, 2020   \*s/Thomas M. Rose

  _____
  THOMAS M. ROSE, JUDGE
  UNITED STATES DISTRICT COURT

AGREED BY:

| | |
|---|---|
| COOLIDGE WALL CO., L.P.A. | DAVE YOST (0056290)<br>ATTORNEY GENERAL OF OHIO |
| */s/ Patricia J. Friesinger* | */s/ James S. Harding* by. P. Friesinger per e-mail authority |
| Patricia J. Friesinger (0072807)<br>33 W. First Street, Suite 200<br>Dayton, OH 45402<br>Phone: 937-223-8177<br>Fax: 937-223-6705<br>E-mail: friesinger@coollaw.com | James S. Harding (0079483)<br>Senior Assistant Attorney General<br>1600 Carew Tower<br>441 Vine Street<br>Cincinnati, Ohio 45202<br>Phone: 513-852-1536<br>Fax: 513-371-1608<br>Email:james.harding@ohioattorneygeneral.gov |
| *Trial Attorney for Plaintiff*<br>*Donald F. Harker, III, as Chapter 7 Trustee in Bankruptcy Case No. 3:16-bk-32161 (In re Ralph Louis and Lisa A. Citro* | *Trial Attorneys for Defendant*<br>*Ohio Department of Taxation* |

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Mary A. Stallings* by P. Friesinger per e-mail authority

_____
Mary A. Stallings
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, DC 20044
Phone: 202-616-2604
Fax: 202-514-5238
Email: mary.a.stallings@usdoj.gov

*Trial Attorneys for Defendant*
*United States of America, Internal Revenue Service*